UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SRC LABS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>　　　　　　　Defendant. | CASE NO. C18-0317JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Based on the parties' joint status report (JSR (Dkt. # 93)), the court consolidates this matter with *SRC Labs, LLC v. Microsoft Corporation*, No. C18-0321JLR (W.D. Wash.) for a *Markman* hearing and *Markman*-related pretrial matters as set forth in the court's scheduling order (*see* Sched. Order (Dkt. # 95)). The *Markman* hearing will take place over two days with three portions dealing with the following patents: (1) the patents common to both this matter and *SRC Labs, LLC v. Microsoft Corporation*,

No. C18-0321JLR; (2) the patents asserted only in this matter; and (3) the patents asserted only in *SRC Labs, LLC v. Microsoft Corporation*, No. C18-0321JLR.  (*See id.*)

The court refers the parties to the scheduling order for further details.  (*See id.*)

Filed and entered this 22nd day of May, 2018.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk