THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SRC LABS, LLC & SAINT REGIS MOHAWK TRIBE,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON WEB SERVICES, INC., AMAZON.COM, INC., & VADATA INC.<br><br>Defendants. | Case No.: 2:18-cv-00317-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO EXCHANGE PRELIMINARY CLAIM CHARTS**<br><br>**NOTE ON MOTION CALENDAR:**<br>**Thursday, August 9, 2018**<br><br>**JURY TRIAL DEMANDED** |

Plaintiffs SRC Labs, LLC & Saint Regis Mohawk Tribe (collectively, "Plaintiffs") and Defendants Amazon Web Services, Inc., Amazon.com, Inc. & VADATA Inc. (collectively, "Amazon") submit this stipulation to request a one-week extension of time to exchange preliminary claim charts pursuant to the Court's Minute Order Setting Trial Dates and Related Dates entered on May 22, 2018 (Dkt. No. 95) (the "Minute Order"). The current deadline to exchange preliminary claim charts is August 10, 2018. The parties have conferred and request that the Court extend the deadline to August 17, 2018. Good cause exists for this extension because the parties are engaging in ongoing discussions to narrow the disputes and proposed terms for claim construction. The parties do not believe this extension requires modifying any other deadlines set forth in the Court's Minute Order.

///

///

STIP. MOT. FOR EXT. TO EXCHANGE
PRELIMINARY CLAIM CHARTS - 1 -
CASE NO. 2:18-CV-00317-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

1  Stipulated and agreed to this 9th day of August, 2018.

2  Dated: August 9, 2018                FENWICK & WEST LLP

3
4                                       By: *s/ Jessica M. Kaempf*
                                          J. David Hadden (admitted *pro hac vice*)
                                          Saina S. Shamilov (admitted *pro hac vice*)
5                                         Ravi Ranganath (admitted *pro hac vice*)
                                          Clay Venetis (admitted *pro hac vice*)
6                                         801 California Street
                                          Mountain View, CA 94041
7                                         Telephone:  650.988.8500
                                          Facsimile:  650.938.5200
8                                         Email:      dhadden@fenwick.com
                                                      sshamilov@fenwick.com
9                                                     rranganath@fenwick.com
                                                      cvenetis@fenwick.com
10
                                          Todd R. Gregorian (admitted *pro hac vice*)
11                                        Dargaye Churnet (admitted *pro hac vice*)
                                          Shannon Turner (admitted *pro hac vice*)
12                                        555 California Street, 12th Floor
                                          San Francisco, CA 94104
13                                        Telephone:  415.875.2300
                                          Facsimile:  415.281.1350
14                                        Email:      tgregorian@fenwick.com
                                                      dchurnet@fenwick.com
15                                                    sturner@fenwick.com

16                                        Jessica M. Kaempf, WSBA No. 51666
                                          1191 Second Avenue, 10th Floor
17                                        Seattle, WA 98101
                                          Telephone:  206.389.4510
18                                        Facsimile:  206.389.4511
                                          Email:      jkaempf@fenwick.com
19
                                          *Attorneys for Defendants Amazon Web*
20                                        *Services, Inc., Amazon.com, Inc., &*
                                          *VADATA, Inc.*
21
    Dated: August 9, 2018                BREMER LAW GROUP PLLC
22

23                                       By: *s/ Carmen E. Bremer*
                                          Carmen E. Bremer, WSBA 47,565
24                                        1700 Seventh Avenue, Suite 2100
                                          Seattle, WA 98101
25                                        Telephone: 206.357.8442
                                          Facsimile:  206.858.9730
26                                        Email:      carmen.bremer@bremerlawgroup.com

27                                        Michael W. Shore (admitted *pro hac vice*)

28

STIP. MOT. FOR EXT. TO EXCHANGE
PRELIMINARY CLAIM CHARTS                - 2 -
CASE NO. 2:18-CV-00317-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

Alfonso G. Chan (admitted *pro hac vice*)
Christopher Evans (admitted *pro hac vice*)
Andrew Howard (admitted *pro hac vice*)
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, TX 75202
Telephone: 214.593.9110
Facsimile: 214.593.9111
Email:    mshore@shorechan.com
           achan@shorechan.com
           cevans@shorechan.com
           ahoward@shorechan.com

*Attorneys for Plaintiffs SRC Labs, LLC & Saint Regis Mohawk Tribe*

STIP. MOT. FOR EXT. TO EXCHANGE
PRELIMINARY CLAIM CHARTS
CASE NO. 2:18-CV-00317-JLR

- 3 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

## [~~PROPOSED~~] ORDER

This matter is before the Court on the parties' Stipulated Motion for Extension of Time to Exchange Preliminary Claim Charts. The Court, having considered this matter and the record in this case, ORDERS as follows:

The Stipulated Motion is GRANTED in its entirety.

IT IS HEREBY ORDERED THAT the deadline for the parties to exchange preliminary claim charts shall be extended to and including August 17, 2018.

SO ORDERED this 10th day of August, 2018

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIP. MOT. FOR EXT. TO EXCHANGE
PRELIMINARY CLAIM CHARTS - 4 -
CASE NO. 2:18-CV-00317-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511


# CERTIFICATE OF SERVICE

I, Jessica M. Kaempf, hereby certify that on August 9, 2018, I caused the foregoing **STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO EXCHANGE PRELIMINARY CLAIM CHARTS** to be served on the following parties as indicated below:

| Party | Service Method |
|---|---|
| **Carmen E. Bremer**<br>Bremer Law Group PLLC<br>1700 Seventh Avenue, Suite 2100<br>Seattle, WA 98101<br><br>*Counsel for Plaintiffs*<br>SRC LABS, LLC AND<br>SAINT REGIS MOHAWK TRIBE | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[X] **By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email<br>Carmen.bremer@bremerlawgroup.com |
| **Michael W. Shore**<br>**Alfonso G. Chan**<br>**Christopher L. Evans**<br>**Andrew M. Howard**<br>Shore Chan DePumpo LLP<br>901 Main Street, Suite 3300<br>Dallas, TX 75202<br><br>*Counsel for Plaintiffs*<br>SRC LABS, LLC AND<br>SAINT REGIS MOHAWK TRIBE | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[X] **By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email<br>mshore@shorechan.com<br>achan@shorechan.com<br>cevans@shorechan.com<br>ahoward@shorechan.com |

Dated: August 9, 2018

By: *s/ Jessica M. Kaempf*
Jessica M. Kaempf, WSBA No. 51666
FENWICK & WEST LLP

STIP. MOT. FOR EXT. TO EXCHANGE
PRELIMINARY CLAIM CHARTS        - 5 -
CASE NO. 2:18-CV-00317-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511