THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SRC LABS, LLC & SAINT REGIS MOHAWK TRIBE,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON WEB SERVICES, INC., AMAZON.COM, INC., & VADATA INC.<br><br>Defendants. | Case No.: 2:18-cv-00317-JLR<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY CLAIM CONSTRUCTION SCHEDULE<br><br><u>NOTE ON MOTION CALENDAR</u>:<br>**Thursday, August 30, 2018**<br><br>**JURY TRIAL DEMANDED** |

Plaintiffs SRC Labs, LLC & Saint Regis Mohawk Tribe (collectively, "Plaintiffs") and Defendants Amazon Web Services, Inc., Amazon.com, Inc. & VADATA Inc. (collectively, "Amazon") submit this stipulation to request the following modifications to the Court's Minute Order Setting Trial Dates and Related Dates entered on May 22, 2018 (Dkt. No. 95) (the "Minute Order").

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Reports from expert witnesses regarding Markman issues | 9/7/18 | ~~9/21/08~~ 9/21/2018 |
| Rebuttal expert reports regarding Markman issues | 9/21/18 | 10/5/18 |
| Joint claim chart and Prehearing Statement | 9/28/18 | 10/24/18 |
| Opening claim construction briefs | 10/26/18 | 11/2/18 |
| Responsive claim constructive briefs | 11/9/18 | 11/16/18 |
| Markman Hearing | 12/20/18 | 12/20/18 |

STIP. MOT. TO MODIFY
CLAIM CONSTRUCTION SCHEDULE                - 1 -
CASE NO. 2:18-CV-00317-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

Good cause exists for this extension because the parties are currently engaging in ongoing discussions to narrow the number of claim terms in dispute. The proposed modifications do not change the date of the *Markman* hearing and will not require modifying any other deadlines set forth in the Court's Minute Order.

Stipulated and agreed to this 30th day of August 2018.

Dated: August 30, 2018

By: *s/ Carmen E. Bremer*
Carmen E. Bremer, WSBA 47,565
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Telephone:  206.357.8442
Facsimile:  206.858.9730
Email: carmen.bremer@bremerlawgroup.com

Michael W. Shore (admitted pro hac vice)
Alfonso G. Chan (admitted pro hac vice)
Christopher Evans (admitted pro hac vice)
Andrew Howard (admitted pro hac vice)
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, TX 75202
Telephone:  214.593.9110
Facsimile:  214.593.9111
Email: mshore@shorechan.com
        achan@shorechan.com
        cevans@shorechan.com
        ahoward@shorechan.com

Attorneys for Plaintiffs SRC Labs, LLC &
Saint Regis Mohawk Tribe

FENWICK & WEST LLP

By: *s/  Jessica M. Kaempf*
J. David Hadden (admitted pro hac vice)
Saina S. Shamilov (admitted pro hac vice)
Ravi Ranganath (admitted pro hac vice)
Clay Venetis (admitted pro hac vice)
801 California Street
Mountain View, CA 94041
Telephone:  650.988.8500
Facsimile:  650.938.5200
Email: dhadden@fenwick.com
        sshamilov@fenwick.com
        rranganath@fenwick.com
        cvenetis@fenwick.com
Todd R. Gregorian (admitted pro hac vice)
Dargaye Churnet (admitted pro hac vice)
Shannon Turner (admitted pro hac vice)
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  415.875.2300
Facsimile:  415.281.1350
Email: tgregorian@fenwick.com
        dchurnet@fenwick.com
        sturner@fenwick.com
Jessica M. Kaempf, WSBA No. 51666
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone:  206.389.4510
Facsimile:  206.389.4511
Email: jkaempf@fenwick.com

Attorneys for Defendants Amazon Web
Services, Inc., Amazon.com, Inc., &
VADATA, Inc.

STIP. MOT. TO MODIFY
CLAIM CONSTRUCTION SCHEDULE          - 2 -
CASE NO. 2:18-CV-00317-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

# [PROPOSED] ORDER

This matter is before the Court on the parties' Stipulated Motion to Modify Claim Construction Schedule. The Court, having considered this matter and the record in this case, ORDERS as follows:

The Stipulated Motion is GRANTED in its entirety.

IT IS HEREBY ORDERED THAT the claim construction deadlines are modified as follows.

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Reports from expert witnesses regarding Markman issues | 9/7/18 | ~~9/21/08~~ 9/21/2018 |
| Rebuttal expert reports regarding Markman issues | 9/21/18 | 10/5/18 |
| Joint claim chart and Prehearing Statement | 9/28/18 | 10/24/18 |
| Opening claim construction briefs | 10/26/18 | 11/2/18 |
| Responsive claim constructive briefs | 11/9/18 | 11/16/18 |
| Markman Hearing | 12/20/18 | 12/20/18 |

SO ORDERED this 31st day of August, 2018

*[signature]*

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIP. MOT. TO MODIFY
CLAIM CONSTRUCTION SCHEDULE - 3 -
CASE NO. 2:18-CV-00317-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

# CERTIFICATE OF SERVICE

I, Jessica M. Kaempf, hereby certify that on August 30, 2018, I caused the foregoing **STIPULATED MOTION AND [PROPOSED] ORDER FOR MODIFICATION OF THE CLAIM CONSTRUCTION SCHEDULE** to be served on the following parties as indicated below:

| | |
|---|---|
| **Carmen E. Bremer**<br>Bremer Law Group PLLC<br>1700 Seventh Avenue, Suite 2100<br>Seattle, WA 98101<br><br>*Counsel for Plaintiffs*<br>SRC LABS, LLC AND<br>SAINT REGIS MOHAWK TRIBE | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[X] **By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email<br>    Carmen.bremer@bremerlawgroup.com |
| **Michael W. Shore**<br>**Alfonso G. Chan**<br>**Christopher L. Evans**<br>**Andrew M. Howard**<br>Shore Chan DePumpo LLP<br>901 Main Street, Suite 3300<br>Dallas, TX 75202<br><br>*Counsel for Plaintiffs*<br>SRC LABS, LLC AND<br>SAINT REGIS MOHAWK TRIBE | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[X] **By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email<br>    mshore@shorechan.com<br>    achan@shorechan.com<br>    cevans@shorechan.com<br>    ahoward@shorechan.com |

Dated: August 30, 2018

By: *s/ Jessica M. Kaempf*
For Jessica M. Kaempf, WSBA No. 51666
FENWICK & WEST LLP

STIP. MOT. TO MODIFY
CLAIM CONSTRUCTION SCHEDULE - 4 -
CASE NO. 2:18-CV-00317-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511