THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SRC LABS, LLC & SAINT REGIS MOHAWK TRIBE,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON WEB SERVICES, INC., AMAZON.COM, INC., & VADATA INC.<br><br>Defendants. | Case No.: 2:18-cv-00317-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION OF DEFENDANTS AMAZON WEB SERVICES, INC., AMAZON.COM, INC., AND VADATA, INC. FOR LEAVE TO AMEND PRELIMINARY INVALIDITY CONTENTIONS<br><br>**NOTED ON MOTION CALENDAR**: Friday, October 12, 2018<br><br>**JURY TRIAL DEMANDED** |

The Court, having considered the Unopposed Motion of Defendants Amazon Web Services, Inc., Amazon.com, Inc., and VADATA, Inc. (collectively, "Amazon") for Leave to Amend Preliminary Invalidity Contentions, finds good cause for amendment and hereby GRANTS Amazon's motion.

IT IS SO ORDERED.

Dated this 3rd day of October, 2018.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO AMEND PRELIMINARY INVALIDITY CONTENTIONS
CASE NO. 2:18-CV-00317-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE  206.389.4511

Presented by:

FENWICK & WEST LLP

By: *s/ Jessica M. Kaempf*
J. David Hadden (admitted *pro hac vice*)
Saina S. Shamilov (admitted *pro hac vice*)
Ravi Ranganath (admitted *pro hac vice*)
Clay Venetis (admitted *pro hac vice*)
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200
Email: dhadden@fenwick.com
sshamilov@fenwick.com
rranganath@fenwick.com
cvenetis@fenwick.com

Todd R. Gregorian (admitted *pro hac vice*)
Dargaye Churnet (admitted *pro hac vice*)
Shannon Turner (admitted *pro hac vice*)
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350
Email: tgregorian@fenwick.com
dchurnet@fenwick.com
sturner@fenwick.com

Jessica M. Kaempf, WSBA No. 51666
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: jkaempf@fenwick.com

Attorneys for Defendants *Amazon Web Services, Inc., Amazon.com, Inc., & Vadata, Inc.*

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO AMEND PRELIMINARY INVALIDITY CONTENTIONS - 2 - CASE NO. 2:18-CV-00317-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

# CERTIFICATE OF SERVICE

I, Jessica M. Kaempf, hereby certify that on September 25, 2018, I caused the foregoing **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF DEFENDANTS AMAZON WEB SERVICES, INC., AMAZON.COM, INC., AND VADATA, INC. FOR LEAVE TO AMEND PRELIMINARY INVALIDITY CONTENTIONS** to be served on the following parties as indicated below:

| | |
|---|---|
| **Carmen E. Bremer**<br>Bremer Law Group PLLC<br>1700 Seventh Avenue, Suite 2100<br>Seattle, WA 98101<br><br>*Counsel for Plaintiffs*<br>SRC LABS, LLC AND<br>SAINT REGIS MOHAWK TRIBE | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[X] **By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email<br>    Carmen.bremer@bremerlawgroup.com |
| **Michael W. Shore**<br>**Alfonso G. Chan**<br>**Christopher L. Evans**<br>**Andrew M. Howard**<br>Shore Chan DePumpo LLP<br>901 Main Street, Suite 3300<br>Dallas, TX 75202<br><br>*Counsel for Plaintiffs*<br>SRC LABS, LLC AND<br>SAINT REGIS MOHAWK TRIBE | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[X] **By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email<br>    mshore@shorechan.com<br>    achan@shorechan.com<br>    cevans@shorechan.com<br>    ahoward@shorechan.com |

Dated: September 25, 2018     By: *s/ Jessica M. Kaempf*
　　　　　　　　　　　　　　　　　Jessica M. Kaempf, WSBA No. 51666
　　　　　　　　　　　　　　　　　FENWICK & WEST LLP

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO AMEND
PRELIMINARY INVALIDITY CONTENTIONS - 3 -
CASE NO. 2:18-CV-00317-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511