UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SRC LABS, LLC, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>AMAZON WEB SERVICES, INC., et al.,<br><br>    Defendants. | CASE NO. C18-0317JLR<br><br>MINUTE ORDER |
| SRC LABS, LLC, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | CASE NO. C18-0321JLR |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

MINUTE ORDER - 1

On September 27, 2018, Plaintiffs SRC Labs, LLC and Saint Regis Mohawk Tribe's counsel, Michael Shore, mailed the court a letter. (*See* 0317 Dkt. # 107; 0321 Dkt. # 115.)[1] The letter explained an oversight in Mr. Shore's *pro hac vice* application in which he failed to disclose a judicial reprimand from the District of Massachusetts. *See Tr. of Bos. Univ. v. Everlight Elecs. Co., Ltd.*, No. 12-cv-11935-PBS (D. Mass. 2016), Dkt. # 1650. Mr. Shore's letter, however, contained its own oversights. Namely, Mr. Shore's letter was sent in regards to case number 2:17-cv-01227-LO-JFA. That is the case number from the Eastern District of Virginia, which transferred this case to this court on February 26, 2018. (*See* 0317 Dkt. # 64; *see also* 0317 Dkt. # 65; 0317 Dkt. # 66.) In addition, Mr. Shore's letter attached his *pro hac vice* application in the Eastern District of Virginia (0317 Dkt. # 17), rather than his *pro hac vice* application in the Western District of Washington (0317 Dkt. # 86). Both failed to disclose the judicial reprimand. (*See id.*; 0317 Dkt. # 17.)

Moreover, Mr. Shore did not mention that he is before this court in another matter. *See SRC Labs, LLC v. Microsoft Corp.*, C18-0321JLR. This case was also transferred from the Eastern District of Virginia. (*See* 0321 Dkt. # 50; *see also* 0321 Dkt. # 51; 0321 Dkt. # 77.) Mr. Shore's two *pro hac vice* applications in connection with this matter suffer from the same neglect. (*See* 0321 Dkt. # 14; 0321 Dkt. # 69.)

//

---

[1] Because this order pertains to two cases, the court clarifies that citations to "0317 Dkt." relate to the docket in *SRC Labs, LLC v. Amazon Web Services, Inc.*, No. C18-0317JLR (W.D. Wash. 2018), and citations to "0321 Dkt." relate to the docket in *SRC Labs, LLC v. Microsoft Corp.*, No. C18-0321JLR (W.D. Wash. 2018).

Lastly, this letter supplements Mr. Shore's *pro hac vice* applications that were filed on the respective cases' electronic dockets. (*See* 0317 Dkt. # 17; 0317 Dkt. # 86; 0321 Dkt. # 14; 0321 Dkt. # 69.) As such, this letter should have been placed on the electronic dockets. The way this letter came to the court—through an *ex parte* communication—is improper. At a minimum, copies of this letter should have been sent to all parties.

This court demands more accuracy and diligence from counsel. The court will consider these oversights should it need to address future transgressions or evaluate the imposition of sanctions.

Filed and entered this 5th day of October, 2018.

                                          WILLIAM M. MCCOOL
                                          Clerk of Court

                                          s/ Ashleigh Drecktrah
                                          Deputy Clerk