THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SRC LABS, LLC & SAINT REGIS MOHAWK TRIBE,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON WEB SERVICES, INC., AMAZON.COM, INC., & VADATA INC.<br><br>Defendants. | Case No.: 2:18-cv-00317-JLR<br><br>**PLAINTIFFS' UNOPPOSED MOTION AND [PROPOSED] ORDER TO MODIFY CLAIM CONSTRUCTION SCHEDULE**<br><br><u>**NOTE ON MOTION CALENDAR:**</u><br>**October 22, 2018**<br><br>**JURY TRIAL DEMANDED** |

Plaintiffs SRC Labs, LLC & Saint Regis Mohawk Tribe (collectively, "Plaintiffs") submit this motion to request the following modifications to the Court's Claim Construction Schedule as modified on August 30, 2018 (Dkt. No. 103) (the "Order").

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Joint claim chart and Prehearing Statement | 10/24/18 | 10/31/18 |

Good cause exists for this extension because Plaintiffs need additional time to obtain and cite to the transcripts of the experts that were deposed on October 17th-20th. The proposed modifications do not change the date of the *Markman* hearing and will not require modifying any other deadlines set forth in the Court's Order. Defendants Amazon Web Services, Inc., Amazon.com, Inc. & VADATA Inc. do not oppose this motion.

MOT. TO MODIFY
CLAIM CONSTRUCTION SCHEDULE - 1 -
CASE NO. 2:18-CV-00317-JLR

BREMER LAW GROUP PLLC
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: 206-357-8442

Dated: October 22, 2018

By: s/ *Carmen E. Bremer*

Carmen E. Bremer, WSBA 47,565
BREMER LAW GROUP PLLC
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Telephone: 206.357.8442
Facsimile: 206.858.9730
Email: carmen.bremer@bremerlawgroup.com

Michael W. Shore (admitted pro hac vice)
Alfonso G. Chan (admitted pro hac vice)
Christopher Evans (admitted pro hac vice)
Andrew Howard (admitted pro hac vice)
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, TX 75202
Telephone: 214.593.9110
Facsimile: 214.593.9111
Email: mshore@shorechan.com
achan@shorechan.com
cevans@shorechan.com
ahoward@shorechan.com

Attorneys for Plaintiffs SRC Labs, LLC & Saint Regis Mohawk Tribe

MOT. TO MODIFY
CLAIM CONSTRUCTION SCHEDULE
CASE NO. 2:18-CV-00317-JLR

- 2 -

BREMER LAW GROUP PLLC
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: 206-357-8442

## [PROPOSED] ORDER

This matter is before the Court on Plaintiffs' Unopposed Motion to Modify Claim Construction Schedule. The Court, having considered this matter and the record in this case, ORDERS as follows:

The Motion is GRANTED in its entirety.

IT IS HEREBY ORDERED THAT the claim construction deadlines are modified as follows.

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Joint claim chart and Prehearing Statement | 10/24/18 | 10/31/18 |

SO ORDERED this 23rd day of October, 2018

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

MOT. TO MODIFY
CLAIM CONSTRUCTION SCHEDULE - 3 -
CASE NO. 2:18-CV-00317-JLR

BREMER LAW GROUP PLLC
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: 206-357-8442

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of October, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/*Carmen Bremer*
Carmen Bremer

MOT. TO MODIFY
CLAIM CONSTRUCTION SCHEDULE     - 4 -
CASE NO. 2:18-CV-00317-JLR

BREMER LAW GROUP PLLC
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: 206-357-8442