THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| SRC LABS, LLC & SAINT REGIS MOHAWK TRIBE, | CASE NO. 2:18-cv-00317-JLR |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER TO MODIFY CLAIM CONSTRUCTION SCHEDULE |
| v. | |
| AMAZON WEB SERVICES, INC., AMAZON.COM, INC., & VADATA INC., | NOTE ON MOTION CALENDAR: NOVEMBER 12, 2018 |
| Defendants. | |

Plaintiffs SRC Labs, LLC & Saint Regis Mohawk Tribe and Defendants Amazon Web Services, Inc., Amazon.com, Inc. & VADATA Inc. submit this stipulation to request the following modification to the Court's Order Setting Trial Date and Related Dates entered on May 22, 2018 (Dkt. No. 95), which was previously modified by the Stipulations and Orders to Modify Claim Construction Schedule entered on August 31, 2018, October 23, 2018, and October 31, 2018 (Dkt. Nos. 103, 110, and 112).

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Responsive claim construction briefs | 11/16/2018 | 11/20/2018 |

Good cause exists for this brief extension because lead counsel for Microsoft Corporation in Case No. 2:18-cv-00321-JLR, which has been consolidated for a Markman hearing and Markman-related pretrial matters (Dkt. No. 96), is now unexpectedly required to address additional issues in a final hearing before the Patent Trial and Appeal Board ("PTAB") for an unrelated matter involving three patents this Friday, November 16, 2018. The proposed modifications do not change the date of the Markman hearing and will not require modifying any other deadlines set forth in the Court's Orders. The parties have agreed to the requested extension to accommodate Microsoft's lead counsel's schedule.

Stipulated and agreed to this 12th day of November, 2018.

| | |
|---|---|
| By: s/*Carmen E. Bremer* <br> Carmen E. Bremer, WSBA 47,565 <br> 1700 Seventh Avenue, Suite 2100 <br> Seattle, WA 98101 <br> Telephone: 206.357.8442 <br> Facsimile: 206.858.9730 <br> Email: carmen.bremer@bremerlawgroup.com <br> <br> Michael W. Shore (admitted pro hac vice) <br> Alfonso G. Chan (admitted pro hac vice) <br> Christopher Evans (admitted pro hac vice) <br> Andrew Howard (admitted pro hac vice) <br> SHORE CHAN DEPUMPO LLP <br> 901 Main Street, Suite 3300 <br> Dallas, TX 75202 <br> Telephone: 214.593.9110 <br> Facsimile: 214.593.9111 <br> Email: mshore@shorechan.com <br> achan@shorechan.com <br> cevans@shorechan.com <br> ahoward@shorechan.com <br> <br> Attorneys for Plaintiffs SRC Labs, LLC & Saint Regis Mohawk Tribe | By: s/ *Jessica M. Kaempf* <br> J. David Hadden (admitted pro hac vice) <br> Saina S. Shamilov (admitted pro hac vice) <br> Ravi Ranganath (admitted pro hac vice) <br> Clay Venetis (admitted pro hac vice) <br> 801 California Street <br> Mountain View, CA 94041 <br> Telephone: 650.988.8500 <br> Facsimile: 650.938.5200 <br> Email: dhadden@fenwick.com <br> sshamilov@fenwick.com <br> rranganath@fenwick.com <br> cvenetis@fenwick.com <br> Todd R. Gregorian (admitted pro hac vice) <br> Dargaye Churnet (admitted pro hac vice) <br> Shannon Turner (admitted pro hac vice) <br> 555 California Street, 12th Floor <br> San Francisco, CA 94104 <br> Telephone: 415.875.2300 <br> Facsimile: 415.281.1350 <br> Email: tgregorian@fenwick.com <br> dchurnet@fenwick.com <br> sturner@fenwick.com <br> Jessica M. Kaempf, WSBA No. 51666 <br> 1191 Second Avenue, 10th Floor <br> Seattle, WA 98101 |

STIPULATION AND [PROPOSED] ORDER TO
MODIFY CLAIM CONSTRUCTION SCHEDULE-
2
CASE NO. 2:18-CV-00317-JLR

1
2
Telephone:  206.389.4510
Facsimile:  206.389.4511
Email: jkaempf@fenwick.com

Attorneys for Defendants Amazon Web Services, Inc., Amazon.com, Inc., & VADATA, Inc.

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATION AND [PROPOSED] ORDER TO MODIFY CLAIM CONSTRUCTION SCHEDULE- 3
CASE NO. 2:18-CV-00317-JLR

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 13, 2018

_____
The Honorable JAMES L. ROBART
U.S. DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO
MODIFY CLAIM CONSTRUCTION SCHEDULE-
4
CASE NO. 2:18-CV-00317-JLR