UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SRC LABS, LLC, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>AMAZON WEB SERVICES, INC., et al.,<br><br>      Defendants. | CASE NO. C18-0317JLR<br><br>ORDER TO SHOW CAUSE |

On May 10, 2018, the parties filed a joint status report in which they represented that three of the five patents-at-issue in this case—U.S. Patent Nos. 6,434,687 ("the '687 patent"), 7,225,324 ("the '324 patent"), and 7,620,800 ("the '800 patent")—are also asserted in a related matter before this court, *SRC Labs, LLC v. Microsoft Corporation*, No. C18-0321JLR (W.D. Wash.). (*See* JSR (Dkt. # 93) at 5.) Based on this representation, the court consolidated this matter with *SRC Labs, LLC v. Microsoft Corporation*, No. C18-0321JLR (W.D. Wash.) for purposes of the *Markman* hearing and

ORDER - 1

*Markman*-related pretrial matters.  (*See* 5/22/18 Min. Order (Dkt. # 96); Sched. Order (Dkt. # 95).)  The court scheduled the consolidated *Markman* hearing for December 20-21, 2018.  (Sched. Order at 2.)

On November 20, 2018, the court entered an order staying *SRC Labs, LLC v. Microsoft Corporation*, No. C18-0321JLR (W.D. Wash.) pending the U.S. Patent and Trademark Office's decision on Microsoft Corporation's ("Microsoft") 10 *inter partes* review ("IPR") petitions.  *See Microsoft Corporation*, No. C18-0321JLR, Dkt. # 139 at 15-16.  Accordingly, that case will not participate in the *Markman* hearing on December 20-21, 2018.  *See id.*  Certain of Microsoft's IPR petitions relate to the '687 patent, the '324 patent, and the '800 patent at issue in this case.  *See id.*, Dkt. # 117 at 6.

In light of the order staying *SRC Labs, LLC v. Microsoft Corporation*, No. C18-0321JLR (W.D. Wash.), the court ORDERS the parties within seven (7) days of the date of this order to show cause why this matter should not be stayed pending resolution of Microsoft's IPR petitions that relate to the '687 patent, the '324 patent, and the '800 patent.  The parties may file joint or separate responses to this order.  Any response to this order shall not exceed ten (10) pages.

Dated this 20th day of November, 2018.

JAMES L. ROBART
United States District Judge