THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SRC LABS, LLC & SAINT REGIS MOHAWK TRIBE,<br><br>*Plaintiffs,*<br><br>v.<br><br>AMAZON WEB SERVICES, INC., AMAZON.COM, INC., & VADATA INC.,<br><br>*Defendants.* | CASE NO. 2:18-cv-00317-JLR<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW ANDREW M. HOWARD AS ATTORNEY FOR PLAINTIFFS<br><br>JURY TRIAL DEMANDED |

Having considered Andrew M. Howard's Unopposed Motion to Withdraw as Attorney for Plaintiff, the Unopposed Motion is hereby GRANTED.

The Court ORDERS that Andrew M. Howard is hereby permitted to withdraw from the instant action, and the Clerk is directed to remove Mr. Howard from the list of persons authorized to receive electronic notices in this case.

**IT IS SO ORDERED.**

Dated this 2nd day of Jan., 2019.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION TO WITHDRAW
CASE NO. 2:18-CV-317-JLR-1

BREMER LAW GROUP PLLC
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: 206.357.8442