UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SRC LABS, LLC, et al.,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>AMAZON WEB SERVICES, INC., et al.,<br><br>　　　　　　Defendants. | CASE NO. C18-0317JLR<br><br>ORDER CONTINUING STAY |

On November 28, 2018, the court stayed this case pending the Patent and Trademark Office's ("the PTO") decisions on eight *inter partes* review ("IPR") petitions filed by Defendants Amazon Web Services, Inc., Amazon.com, Inc., and VADATA Inc., as well as Xilinx, Inc. (*See generally* 11/28/18 Order (Dkt. # 127).) In addition, the court ordered that the parties "file a joint status report regarding the status of the eight IPR petitions within seven (7) days of receiving decisions on all eight petitions from the PTO or on May 1, 2019, whichever occurs first." (*Id.* at 5.) On May 1, 2019, the parties filed

a joint status report, informing the court that "six of the eight IPR petitions challenging the asserted patents in this case have been instituted for trial and one is still pending institution." (JSR (Dkt. # 134) at 2.)

Based on the foregoing information, the court ORDERS that the stay in this case remain in effect until the court orders otherwise. The court further ORDERS the parties to file a joint status report no more than 90 days from the date of this order and to file a joint status report every 90 days thereafter until the court lifts the stay. The joint status report shall inform the court of the status of the eight IPR petitions at issue in this case, any potential appeals of the PTO's decisions that involve the eight IPR petitions, the expected timeline for resolution of this matter, and any other developments affecting resolution of this matter. If the eight IPR petitions are resolved or if there is any other significant change in the status of this matter at any time earlier than 90 days from the date of this order or any 90-day interval at which the parties must file a joint status report, the court ORDERS the parties to file a joint status report informing the court of the development no more than seven days after it occurs.

Dated this 3rd day of May, 2019.

JAMES L. ROBART
United States District Judge