THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SRC LABS, LLC & SAINT REGIS MOHAWK TRIBE,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMAZON WEB SERVICES, INC., AMAZON.COM, INC, AND VADATA INC.,<br><br>*Defendants*. | CASE NO. 2:18-cv-00317-JLR<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

On this day, Plaintiffs SRC Labs, LLC and Saint Regis Mohawk Tribe ("Plaintiffs") and Defendants Amazon Web Services, Inc., Amazon.com, Inc., and VADATA Inc. ("Defendants") announced to the Court that they have resolved Plaintiffs' claims for relief against Defendants asserted in this case. Plaintiffs and Defendants have, therefore, requested that the Court dismiss Plaintiffs' claims for relief against Defendants with prejudice, and with all attorneys' fees, costs, and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS, THEREFORE, ORDERED that Plaintiffs' claims for relief against Defendants are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

DATED this 2nd day of September, 2022.

_____
HONORABLE JAMES L. ROBART
United States District Court Judge

ORDER GRANTING JOINT MOTION TO DISMISS  (2:18-cv-00317-JLR) - 2

BREMER LAW GROUP PLLC
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: 206.357.8442